**BACKES & TOELKE AGRI PRODUCTS, INC.,** Respondent,

v.

**MIKUS FARMS, L.P., Appellant.**

No. ED 102629

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: March 15, 2016

For Appellant: Erika J. Wentzel, Flesner Wentzel, 820 South main Street, Suite 200, St. Charles, Missouri 63301.

For Respondent: Steven P. Kuenzel, Eckelkamp Kuenzel, L.L.P., PO Box 228, 200 West Main Street, 2nd Floor, Washington, Missouri 63090.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

### ORDER

PER CURIAM

Mikus Farms, LP (Appellant) appeals the judgment of the Circuit Court of Warren County in favor of Backes & Toelke Agri Products, Inc. (Respondent). On appeal, Appellant argues that the trial court (1) abused its discretion by denying Appellant's motion to amend the judgment and instead granted a new trial and (2) erred by denying Appellant's motion to dismiss for lack of standing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and have determined that an extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).